UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY FRENCH,

Plaintiff,

v.

CLALLAM BAY CORRECTIONS CENTER ET AL.,

Defendants.

Case No. C26-5230-TMC-SKV

REPORT AND RECOMMENDATION

This is a *pro se* civil rights action proceeding under 42 U.S.C. § 1983. Tony French ("Plaintiff") is currently confined at the Washington Corrections Center in Shelton, Washington. He submitted to the Court for filing a civil rights complaint in which he alleged he was denied a specific work assignment based on his race while housed at Clallam Bay Corrections Center. *See* Dkt. 1-1 at 8. The Court screened Plaintiff's Complaint and identified various deficiencies. *See* Dkt. 4. The Court informed Plaintiff that he would need to correct those deficiencies before this action may proceed, declined to order that Plaintiff's Complaint be served, and granted Plaintiff leave to file an amended pleading.

///

///

Plaintiff filed a substantively identical Amended Complaint that failed to remedy the deficiencies identified by the Court with respect to his Fourteenth Amendment racial discrimination claim.[1] *See* Dkt. 8. He does not allege any facts that indicate the Defendants acted with racially discriminatory intent. He also does not put forth any non-conclusory allegations that plausibly indicate that the inmate hired for the job Plaintiff wanted was similarly situated to Plaintiff.[2] Nor does Plaintiff include allegations that plausibly indicate that the in-unit jobs policy was a pretext for discriminating against Plaintiff on the basis of his race. The Court therefore incorporates by reference its prior order at Docket No. 4 summarizing Plaintiff's factual allegations and the claim deficiencies and RECOMMENDS that this action be DISMISSED without prejudice pursuant to 28 U.S.C § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be

///

///

///

[1] Plaintiff reasserted a Fourteenth Amendment racial discrimination claim, but he did not reassert an Eighth Amendment claim.

[2] While Plaintiff alleges that the "Jhon Doe" inmate hired for the job he wanted had a similar prison record and previously worked outside of the unit, Plaintiff does not allege whether "Jhon Doe" was able to work outside the unit when he was hired for the job Plaintiff wanted. *See* Dkt. 8 at 11, 18, 21.

ready for consideration by the District Judge on **August 3, 2026**.

Dated this 13th day of July, 2026.

S. KATE VAUGHAN
United States Magistrate Judge